JUDGE RAKOFF

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ODDCAST INC.

Plaintiff,

v.

FOUNDATION J GLOBAL
ENTERPRISES, LLC

Defendant.

-----------------------------------------------------------------X

08 )CV 02808

)
)     Case No. _____
)
)
)
)     Rule 7.1 Statement
)

RECEIVED
MAR 17 2008
U.S.D.C. S.D. N.Y.
CASHIERS

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Oddcast Inc. (a private non-governmental party) certifies that the plaintiffs have no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, NY
March 17, 2008

Respectfully submitted,

PEARL COHEN ZEDEK LATZER, LLP

By: _____
Lee A. Goldberg (LG-9423)
Nathaniel B. Buchek (NB-0246)
1500 Broadway, 12th Floor
New York, NY 10036
Tel: (646)878-0800
Fax: (646)878-0801

*Attorneys for Plaintiff*
*Oddcast Inc.*