AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ODDCAST INC.

V.

FOUNDATION J. GLOBAL ENTERPRISES, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 02808

TO: (Name and address of Defendant)

FOUNDATION J. GLOBAL ENTERPRISES, LLC   Thru LA. Secretary of State
5510 N. ALLEGHENY CT.
BATON ROUGE, LA 70817

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LEE GOLDBERG
PEARL COHEN ZEDEK LATZER LLP
1500 BROADWAY, 12TH FL.
NEW YORK, NY 10036

an answer to the complaint which is served on you with this summons, within ___THIRTY (30)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAR 17 2008

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 8, 2008 at 1:45 P.M. |
| NAME OF SERVER (PRINT) Jason Cary | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

** $25.00 fee to Secretary of State tendered at the time of service.

☒ Other (specify): Served thru LA. Secretary of State 8549 United Plaza, Baton Rouge, LA.

SERVED ON
JAY DARDENNE
APR 08 2008
SECRETARY OF STATE
COMMERCIAL DIVISION

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/8/08
Date

Signature of Server

BOMBET, CASHIO · ASSOCIATES
11220 North _____ Ferry Road
BATON ROUGE, LOUISIANA 70816-0601
Address of Server   (225) 275-0796 FAX (225) 272-3631

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.