UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        )
ODDCAST INC.                                            )
                                                        )   Case No. 08-cv-02808 (JSR)
Plaintiff,                                              )
                                                        )
v.                                                      )   **DEFAULT JUDGMENT**
                                                        )
FOUNDATION J GLOBAL                                     )
ENTERPRISES, LLC                                        )
                                                        )
Defendant.                                              )
------------------------------------------------------------X

      This action having been commenced on March 17, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, FOUNDATION J GLOBAL ENTERPRISES, LLC, on April 8, 2008 by service on the Secretary of State for the State of Louisiana, and a proof of service having been filed on April 11, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $105,000.00 with interest at 8.5% from March 18, 2008 amounting to $1,926.43 plus costs and disbursements of this action in the amount of $925.00 amounting in all to $$107,875.82.

Dated: New York, New York
      6/4/08

                                                            [signature]
                                                            U.S.D.J.

This document was entered on the docket on _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08